Nov. Term, 1856.

MARION AND MISSISSINEWA VALLEY RAILROAD CO.
v.
LOMAX.

(1) But see *Steele* v. *The State,* 4 Ind. R. 561; 1 Chit. Pl. 226.

---

MARION AND MISSISSINEWA VALLEY RAILROAD COMPANY *v.* LOMAX. :

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—This case presents the same state of facts, and involves similar questions to those decided in a case wherein the same railroad company was plaintiff, at the last term. For the reasons there given the same judgment follows (1).

Tuesday, January 18, 1857.

The judgment is reversed with costs. Cause remanded, &c.

*I. Van Devanter* and *J. F. McDowell,* for the appellants.

*A. Steel* and *H. D. Thompson,* for the appellee.

(1) See 7 Ind. R. 404.